FILED

2008 JAN 15 AM 9:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNH_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '08 MJ 0103

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. _____ |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | 33 U.S.C. §§ 1311, 1342 and 1319(c)(2)(A) - |
| DAMON ANTHONY SILVA, | ) | Unlawful Discharge of Pollutants |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

### Count 1

On or about September 18, 2006, within the Southern District of California, defendant DAMON ANTHONY SILVA did knowingly discharge a pollutant, to wit: diesel fuel, from a point source, that is, a pier, into the navigable waters of the United States, that is, San Diego Harbor, without a permit, in violation of Title 33, United States Code, Sections 1311, 1342 and 1319(c)(2)(A).

### Count 2

On or about November 14, 2006, within the Southern District of California, defendant DAMON ANTHONY SILVA did knowingly discharge a pollutant, to wit: oily bilge water, from a point source, that is, a hose, into the navigable waters of the United States, that is, San Diego Harbor, without a permit, in violation of Title 33, United States Code, Sections 1311, 1342 and 1319(c)(2)(A).

<u>Count 3</u>

On or about December 2, 2006, within the Southern District of California, defendant DAMON ANTHONY SILVA did knowingly discharge a pollutant, to wit: diesel fuel, from a point source, that is, the vessel Kathryn Ann, into the navigable waters of the United States, that is, San Diego Harbor, without a permit, in violation of Title 33, United States Code, Sections 1311, 1342 and 1319(c)(2)(A).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

Brett Barahura, Special Agent
United States Coast Guard

Sworn to before me and subscribed
in my presence, January 15, 2008.

UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SAN DIEGO      )

During the period from September 18, 2006, through December 2, 2006, the FV Kathryn Ann was registered to Silva Fishing, Inc. of San Diego and owned by John Silva. During this period, the FV Kathryn Ann was not operated as a fishing vessel, and remained docked in slip #123 at the G Street Mole Pier in San Diego Harbor. During this same period, John Silva allowed his son, defendant Damon Anthony Silva, to live aboard the FV Kathryn Ann.

On September 18, 2006, the San Diego Harbor Police responded to a report of diesel fuel in the water at the G Street Mole Pier. There was a sheen in the water in the area of the Kathryn Ann, and a 50-gallon fuel drum sitting on the dock next to the vessel, with markings that read "C-12 Racing Fuel 356 Pounds." About two-thirds of the dock was wet as it if had been recently washed down, as was the vessel hull of the Kathryn Ann next to the fuel drum. Defendant Damon Anthony Silva arrived and told the Harbor Police that he was filling the drum with diesel fuel from the fuel tank of the Kathryn Ann when the drum began to overflow, spilling diesel fuel on the dock. Silva stated that he used a water hose to rinse the fuel off the dock and into San Diego Harbor.

On November 14, 2006, at approximately 9:30 a.m., the Coast Guard responded to a report of diesel fuel in the water at the G Street Mole Pier. The oil sheen covered the water around the south side of the 100-yard long pier, and was visible in waters of San Diego Harbor all the way to Harbor Island, a distance of approximately one nautical mile. As the Coast Guard began boarding vessels along the pier to sample their bilges to locate the source of the spill, an individual approached them and stated that the son of the owner of the Kathryn Ann, (who he identified as "Anthony Silva") had on several occasions placed a hose over the side of the vessel and pumped oil and fuel overboard. This individual advised that the Kathryn Ann was currently drafting two feet higher in the water than it had the day before.

The Coast Guard representatives boarded the Kathryn Ann under their inspection authority. In doing a safety walkthrough of the vessel, the television was found still turned on and there was a cell phone on a table in the galley. The Coast Guard personnel entered the engine room, noticed a smell of

1  diesel fuel and discovered oil and diesel fuel in the bilge. The Coast Guard representatives sampled
2  several fuel filters in the engine room and the bilge. They also encountered a hose hanging on the aft
3  bulkhead of the engine room near the stairs leading out. The hose was connected to a portable sump
4  pump and appeared to be used to drain the bilge. The Coast Guard also took a sample directly from the
5  hose, as well as samples from the fuel in waters of San Diego Harbor.
6      The samples, including samples from other vessels on the pier, were sent to the Coast Guard
7  Marine Safety Laboratory for analysis. The sample taken from the hose in the engine room of the
8  Kathryn Ann was a direct match to the spill, and the bilge sample of the Kathryn Ann was a secondary
9  match.
10     On December 2, 2006, at approximately 10:00 a.m., Coast Guard personnel responded to a report
11 of an oily substance in the water at the G Street Mole Pier, in San Diego Harbor. The oily sheen was
12 thicker as they approached the vessel Katheryn Ann. The Coast Guard representatives observed red
13 diesel fuel oil flowing from a goose neck vent on the starboard deck of the vessel overboard into San
14 Diego Harbor. The Coast Guard boarded the vessel, announced themselves and defendant Damon
15 Anthony Silva responded. Silva stated that there was a recurring problem with the vent on the starboard
16 fuel tank. Silva stated that it "had been a while" since the fuel tanks had been filled and that the tanks
17 had water in them. Silva consented to the Coast Guard sampling the bilges of the vessel. The Coast
18 Guard also sampled the oily water around the vessel.
19     On November 30, 2007, I interviewed defendant Damon Anthony Silva, together with
20 Environmental Protection Agency (EPA) Special Agent Leslie Gorman, after he voluntarily appeared
21 at the office of the EPA in San Diego. Silva admitted that he was responsible for the diesel spill on
22 September 18, 2006. Silva stated that he was transferring diesel fuel from the vessel to a 30-gallon drum
23 on the dock when the drum began to overflow. Silva said that even though he knew it was wrong, he
24 used a hose to wash the spilled fuel off the dock and into San Diego Harbor.
25     Silva initially denied that he was personally responsible for the spill of November 14, 2006, but
26 later acknowledged that he was the only person aboard the vessel at the time. Silva stated that He was
27 pumping the bilges with a hose and a pump, and identified the hose sampled by the Coast Guard and the
28 pump from photographs taken on November 14, 2006. Silva stated that he had placed the end of the

hose into a tank located in the stern of the vessel but later saw that the end of the hose was not in the tank but was hanging overboard off the port side of the vessel. Silva acknowledged that he was aware that oily bilge waste had been pumped overboard. Silva said that he thought that if any oil had entered the water, the tide would carry it out and it wouldn't be a problem.

Silva further stated that on December 2, 2006, he had been draining a water tank in the bow by transferring the water to another tank so he could pressure wash it. According to Silva, the draining of the water caused the bow to rise and the diesel in the fuel tank of the bow escaped out the tank vent because the fuel tank was very full. Silva claimed not to be aware of the overflow until advised by the Coast Guard.

A check of the records of the Regional Water Quality Control Board confirmed that neither Damon Anthony Silva, John Silva, Silva Fishing, Inc. or the FV Kathryn Ann possessed a permit that would allow the discharge of any pollutant into San Diego Harbor during the relevant time frame.

_____
Brett Barahura, Special Agent
United States Coast Guard

Sworn and subscribed to before me
this 15th day of January, 2008.

_____
United States Magistrate Judge

3